No. 307. LOTTIE R. RUSSELL, APPELLANT, *v.* BENJAMIN RUSSELL ET AL. Appeal from the United States Circuit Court

of Appeals for the Third Circuit. Motions to dismiss or affirm submitted January 8, 1906. Decided January 15, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Colorado Central Mining Company* v. *Turck*, 150 U. S. 138; *Press Publishing Company* v. *Monroe*, 164 U. S. 105; *Ex parte Jones*, 164 U. S. 691; *Continental National Bank* v. *Buford*, 191 U. S. 119; *Spencer* v. *Duplan Silk Company*, 191 U. S. 526. *Mr. John H. Hazelton* and *Mr. John G. Carlisle* for appellant. *Mr. Walter H. Bacon* and *Mr. Robert H. McCarter* for appellees.